# Exhibit 2



**City Services Billing**
1000 Metrocenter Mall, Suite 103
Jackson, MS 39209

**Office Hours**
Monday - Friday 7:30 AM to 5:30 PM

**Questions?**
Please call us at 601-960-2000

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Name: | CLIFTON JACKSON |
| Account Number: | 2972200000 |
| Service Address: | |
| Service Period: | 05/22/20 to 06/26/20 |
| Bill Date: | 06/26/20 |
| Due Date: | **07/13/20** |

## IMPORTANT INFORMATION

Metered usage amount was not available at this time. Usage was billed at a flat rate charge based on meter size. When metered usage data becomes available, any usage less than this amount will be credited to your account.

Our drinking water system has incurred Treatment Techniqueviolations. For more information, please call the City's WaterFacilities Division at 601.960.2090 or visit the city's websiteat http://www.jacksonms.gov/DocumentCenter/View/4567.

The City of Jackson 2017 Consumer Confidence Report is available online at http://w.w.w.jacksonms.gov/DocumentCenter/View/14046. A paper copy is available from Water/Sewer Engineering locatedon the 4th Fl. of the Hood Bldg., 200 S. President St.

The City of Jackson found high levels of lead in drinking water in some homes.Lead can cause serious health problems.For more information please call the City's Water Facilities Division at 601.960.2090 or visit the City's website at www.jacksonms.gov

Please visit our new website http://ms-jackson.civicplus.com for water bill payments or pay bills over the phone: 1.800.450.9297

## CURRENT CHARGES

| Description | Amount |
|---|---|
| Billing Period: 05/22/20-06/26/20 | |
| Sanitation Charges | |
| Sanitation Charge @ $4.80 per Week | $24.00 |
| Water Charges | |
| 4.20 ccf (12 cf/Day) @ $3.21 per ccf | $13.48 |
| Service Fee Over 300 cf | $7.44 |
| Sewer Charges | |
| 4.20 ccf (12 cf/Day) @ $4.47 per ccf | $18.77 |
| Summer Sewer Credit 15% | $-2.82 |
| **Total Current Charges** | **$60.87** |

## PAYMENTS/ADJUSTMENTS/OTHER

| | |
|---|---|
| Payment Received | $0.00 |
| Corrections | $0.00 |
| **Total Payments/Adjustments/Other** | **$0.00** |

## SUMMARY

| | |
|---|---|
| Previous Balance: | $3,899.94 |
| Payments/Adjustments/Other | $0.00 |
| **Outstanding Balance:** | **$3,899.94** |
| Total Current Charges: | $60.87 |
| **Total Amount Due:** | **$3,960.81** |

---



P.O. Box 23092
Jackson, MS 39225

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**
**PLEASE MAKE YOUR CHECK PAYABLE TO: CITY OF JACKSON**

| | |
|---|---|
| Service Address: | |
| Service Period: | 05/22/20 to 06/26/20 |
| Account Number: | 2972200000 |
| Due Date: | 07/13/20 |
| **Amount Due:** | **$3,960.81** |
| Amount Enclosed: | $ |

163 1 AV 0.389   0135615-JACS155690-JS.1GRP-000163
CLIFTON JACKSON
T:1

**SEND REMITTANCE TO:**

CITY SERVICES
DEPT. #07-0006
P.O. BOX 1798
MEMPHIS TN 38101-9715

2972200000000003960818