# Exhibit
# 3

559133

☐ ESTIMATE (VALID FOR 30 DAYS)

| DATE 10/4/2019 | ☐ SERVICE  ☐ WILL CALL | PHONE |
| | ☐ INSTALL  ☐ DELIVER | |
| NAME Mr Willam Noel | | MAKE |
| ADDRESS ▓▓▓▓▓▓▓▓ | | MODEL |
| | | SERIAL |
| ITEM TO BE SERVICED | | NATURE OF SERVICE REQUEST |

| QTY. | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|------|--------|-----------------------------------|-------|--------|
| | | I Carl plumbing fixed broken pipe at Mr Noel house that Couse Mr willam Noel a highe water bill for amount of 150.00 | | |
| | | | | |

| LABOR PERFORMED | | TOTAL MATERIALS | |
| | | TAX | |
| | | TOTAL LABOR | |
| | | TOTAL AMOUNT ▶ | 150.00 |

| DATE WANTED | DEPOSIT | RECEIVED BY |

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS
OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

AUTHORIZED BY: Carl plumbing

**Repair Order**
ORIGINAL

adams 5084                                          09-11

TERMS - NET CASH
NO GOODS HOLD OVER 30 DAYS

RECEIVED

FEB 1 0 2020

Application/Transfer