# Exhibit
# 4



### Evaluation for Water Adjustment
### Water Sewer Business Administration
### City of Jackson, MS

I understand that there is a possibility that an adjustment may or may not be issued once the evaluation process is completed. If the water consumption is determined to be in line with the previous average usage then no adjustment will be issued, however, *it is the policy of the Water/Sewer Business Administration to adjust a maximum of two(2) bills annually (Residential or Commercial ) in consideration for loss water that resulted from a leak. The adjustments equal 50% of the loss water and sewer charges appearing on the two (2) highest bills affected.*

#### ✳ Guidelines for the Evaluation fo Adjustments

*For consideration of possible water usage adjustment, customers must submit the following documents:*

#### (If repaired by a Plumber)

- A copy of the Plumber's statement (receipt) with the Plumber's name & phone number
- The statement must include the customer's name and the service location where the repairs were made
- A detailed description of what was repaired. Specify whether the leak was on the inside or outside of the house/building; example; (broken pipe under the house,commode leak, etc.)
- The date the repairs were completed.

#### (If repaired by Home Owner)

- A copy of the receipts for Part(s) that were purchased and a written statement if the Home Owner made the repair(s)
- The written statement must include the customer's name, the service address, a telephone number, the date the repair(s) was completed and a detailed description of what was repaired
- Specify whether the leak was on the inside or the outside of the house/building, example; (broken pipe under the house/commode leak, etc.)

*here is a required minimum payment toward your account balance due at the time of this evaluation process.*

he evaluation process may take from six (6) to eight (8) weeks after receiving the plumber's/home owner's statements. is essential that there are two (2) meter readings taken ten (10) days apart to confirm water leak has been corrected.