# Exhibit 5

**Department of Public Works**
*Division of Water/Sewer Business Administration*



1000 Metrocenter Mall
Suite 103
Jackson, MS  39209

**Chokwe Antar Lumumba**
*Mayor of the City of Jackson*

February 13, 2020

Helen F. Noel


Re: Account # 7821500000

Dear Customer:

After careful review of your account, it was determined that we are unable to honor your request for a credit adjustment at this time. In order to consider your request for an adjustment due to the leak that you experienced, we will need the following information:

    \_\_\_\_\_    A written Plumber's Statement or Invoice from the plumber which includes the name and phone number of the plumber and the **account holder's name** and service location. All of this information MUST appear on the statement. **We cannot accept estimates, insurance claims, contracts or proposals.**

    \_\_X\_\_    Customer's phone number.

    \_\_X\_\_    **Specific type** of repairs that have been completed as the result of a leak (i.e. broken pipe under house, commode leak, leak under sink, leaking tub faucet, etc.)

    \_\_\_\_\_    **Date** of repairs. The date must reflect when the repair(s) was made.

    \_\_\_\_\_    **Receipt** for parts or materials purchased **if** repair was made by the property owner and a Plumber's Statement or Invoice would not be obtainable.

Please fax requested information to (601) 960-1130 **Attn: Adjustments**
or mail to: **Water & Sewer Business Administration**
**1000 Metro Center Drive**
**Suite 103**
**Attn: Adjustments**
**Jackson, MS 39209**

If you have any questions, please feel free to come by our business office at the Metro Center Mall. If it is more convenient for you to call, contact our Account Service Division at 601-960-2000 Monday through Friday between 7:30 a.m. and 5:30 p.m. CST.

Water/Sewer Business Administration
Research/Adjustments Division