AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| CLIFTON JACKSON, HELEN NOEL AND WILLIAM NOEL <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF JACKSON <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-719-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CITY OF JACKSON
1000 METROCENTER MALL
SUITE #103
JACKSON, MS 39209

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRENT HAZZARD
HAZZARD LAW, LLC
477 NORTHPARK DRIVE
RIDGELAND, MS 39157

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 11/24/2020

E. Moser

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-719-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Jackson-Municipal Clerk
was received by me on *(date)* 12/03/2020.

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maurice Mcintosh , who is
designated by law to accept service of process on behalf of *(name of organization)* City of Jackson, Jackson
City Hall, 219 S. President St, Jackson, MS on *(date)* 12/03/2020 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $            for travel and $            for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   12/03/2020

*Server's signature*

Jerome Gladney, Processor Server
*Printed name and title*

P.O. Box Box 20652
Jackson, MS  39289

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-719-DPJ-FKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Jackson-Mayor
was received by me on *(date)* 12/03/2020

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Maurice Mcintosh , who is
designated by law to accept service of process on behalf of *(name of organization)* Mayor, City of Jackson,
City Hall, 219 S. President St, Jackson, MS     on *(date)* 12/03/2020 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $       for travel and $       for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:    12/03/2020

*Server's signature*

Jerome Gladney, Processor Server
*Printed name and title*

P.O. Box Box 20652
Jackson, MS  39289

*Server's address*

Additional information regarding attempted service, etc: